AARON D. FORD
  Attorney General
SAMUEL L. PEZONE, JR. (Bar No. 15978)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way, Suite 100
Las Vegas, Nevada 89119
(702) 486-4070 (phone)
(702) 486-3768 (fax)
Email: spezone@ag.nv.gov

*Attorneys for Interested Party*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARRON LAIR, | Case No. 2:25-cv-00039-APG-MDC |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| STAFEEVA, *et al.*, | |
| Defendants. | |

Plaintiff, Julius Bradford, pro se, and the Interested Party, the Nevada Department of Corrections, on behalf of Defendants, Dr. Kenneth Williams and John Does #3 and #5, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 12th day of December, 2025.

By: _____
Arron Lair #1069015
*Plaintiff, Pro se*

DATED this 12th day of December, 2025.

AARON D. FORD
Attorney General

By: /s/ Samuel L. Pezone, Jr.
Samuel L. Pezone, Jr. (Bar No. 15978)
Deputy Attorney General
*Attorneys for Interested Party*

IT IS SO ORDERED:

Dated: __January 16, 2026__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE